The undersigned have reviewed the prior Order of Dismissal of Deputy Commissioner Bost. The appealing party has not shown good ground to reconsider the evidence, receive further evidence, rehear the parties or their representatives, or amend the Order of Dismissal of Deputy Commissioner Bost. Furthermore, plaintiff again failed to appear and litigate his claim on its merits.
Therefore, the Order of Dismissal filed by Deputy Commissioner Bost August 31, 1994 is AFFIRMED.
Each side shall pay its own costs.
 S/ ________________________ COY M. VANCE COMMISSIONER
CONCURRING:
S/ ________________________ JAMES J. BOOKER COMMISSIONER
S/ ________________________ THOMAS J. BOLCH COMMISSIONER
CMV/CNP/tmd 12/22/94